**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
KIMBERLY O. LECKIE,                          Case No. 8:14-bk-08158-CED

Debtor.                                      Chapter 13
_____/

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** Laurie Blanton, Esquire and Fitzhugh & Blanton, P.A.

("Counsel") and hereby seek the entry of an order permitting withdrawal as counsel of

record for the Debtor, Kimberly Leckie ("Debtor"), and states as follows:

1.      On July 15, 2014, the Debtor filed for Chapter 13 protection under the

         Bankruptcy Code.

2.      Irreconcilable differences have arisen between Counsel and the Debtor

         such that Counsel cannot continue representing the Debtor in this case.

3.      Debtor has requested counsel withdraw from representation in this case.


**WHEREFORE**, Counsel respectfully requests this Court enter an Order granting

the Motion to Withdraw as Counsel; and any such other and further relief as the Court

may deem proper.


                                        /s/ Laurie L. Blanton
                                        Laurie L. Blanton, Esq.
                                        FBN 0054483
                                        1041 US 41 Bypass South
                                        Venice, FL 34285
                                        941-493-6577, Fax: 941-493-5377

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Compliance with BAPCPA Production of Documents has been sent electronically or by US Mail, postage pre-paid to:

Terry E. Smith
Chapter 13 Trustee
PO Box 6099
Sun City Center, FL 33571

US Trustee
501 E Polk St
Timberlake Annex
Tampa, FL 33602

Kimberly Leckie
7145 Whitemarsh Circle
Bradenton, FL 34202

this 24th day of February, 2015.

/s/Laurie L. Blanton, Esq.
Fitzhugh & Blanton P.A.