ORDERED.

Dated: May 11, 2015

Caryl E. Delano
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                          CHAPTER 13

KIMBERLY O. LECKIE,                             CASE NUMBER 8:14-bk-08158-CED

_____/

**ORDER GRANTING IN PART, AND DENYING IN PART, DEBTOR'S MOTION TO RETURN FUNDS PAID TO TRUSTEE TO DEBTOR (Doc. No. 46)**

THIS CASE came on for a hearing on April 6, 2015 upon the Debtor's Motion To Return Funds Paid To Trustee To Debtor (Doc. No. 46) and the Court having heard argument of counsel and for reasons stated orally and recorded in open Court that shall constitute the decision of the Court, it is

**ORDERED:**

1. The Debtor's Motion To Return Funds Paid To Trustee To Debtor (Doc. No. 46) is hereby GRANTED in part and DENIED in part.

2.	The Trustee shall disburse to Wells Fargo the adequate protection sum of $3,600.00 and if the Trustee has not already collected her percentage fee, she shall deduct same, together with any necessary cost, expenses and changes.

3.	The Trustee shall return the remaining funds to the Debtor.

4.	The Trustee shall thereafter file her final report and, upon filing of the same, shall be discharged of her duties as Trustee.

Kelly Remick, Chapter 13 Standing Trustee is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.

KR/tf                                                                                                  C13T 05/07/15